Michele Anderson-West
**STAVROS LAW P.C.**
8915 South 700 East, Suite 202
Sandy, Utah 84070
P: 801.758.7604
michele@stavroslaw.com
    *Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLAIR LAMPE, an individual,<br><br>  Plaintiff,<br>v.<br><br>DELTA AIR LINES INC., a foreign corporation,<br><br>  Defendant. | **NOTICE OF FILING EXHIBIT IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>No. 2:21-cv-00176-TS-CR<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Plaintiff Blair Lampe by and through undersigned counsel of record, gives notice of filing Exhibit 1, attached hereto, in support of Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss.

Dated this 17th day of August 2021.

                                            /s/ Michele Anderson-West
                                            Michele Anderson-West
                                            STAVROS LAW P.C.
                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2021 I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Fredrick R. Thaler
David B. Dibble
Jascha K. Clark
RAY QUINNEY & NEBEKER P.C.
36 South State Street Suite 1400
Salt Lake City, Utah 84111
rthaler@rqn.com
ddibble@rqn.com
jclark@rqn.com

/s/ Michele Anderson-West

# EXHIBIT 1

EOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Blair N. Lampe | 646.201.2088 | 10/08/82 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2023 South 300 East | Salt Lake City, Utah 84115 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Delta Air Lines Inc. | 100+ | 801.744.4855 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3624 West 510 North | Salt Lake City, Utah 84116 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)  ☐ EQUAL PAY ACT

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08.15.20   Latest: 08.11.21
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Between August 15, 2020 and August 11, 2021 I was denied the same opportunities to work with specialized equipment than my male counterparts. My employer counts hours worked on specialized equipment as an asset in considering employees, like myself for promotion. This practice has changed the privileges and conditions of my employment to be less favorable than my male counterparts.

In October 2020, November 2020 and December 2020 I was denied security badges at outstations. These are necessary to gain experience with specialized equipment. My male counterparts were given security badges. I believe the reason I am not given the same conditions and privileges of employment as my male counterparts is because of my sex.

In December 2020 I applied for a promotion to GSE Regional Contacts Manager. I exceeded the qualifications listed by my employer. My employer passed me over and gave the position to a less qualified male employee.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

8/11/21 — Blair Lampe
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | and EEOC |

State or local Agency, if any

In October 2020 I applied for Department Manager GSE, a position for which I was fully qualified. I was not even considered. My employer chose a male employee with one year with the employer compared to my 11 years with the employer. I believe the reason I was passed over again is because of my sex.

Between November 2020 and March 2021 my employer never chose me to monitor de-icing operations. This opportunity to work on specialized equipment was always given to male employees instead of me.

In March 2021 I applied for a promotion as Lead GMT. I was required to take a "qualifying test" which is a test that I had taken in the past and passed it. The male applicants for the GMT position were not required to take a qualifying test. I believe I was made to take the text and others were not because of my sex. My employer passed me over again for the position for which I was qualified and instead, gave it to a less qualified male employee. This employee quit after working a few months as GMT telling us that he was not the right person for the job." My manager told me that I was "next in line" for the promotion. My employer did not offer me the position. I believe that HR did not offer me the position because of my sex. Instead of offering me the position for which I am well qualified, my employer did not fill the position and reopened it in July 2021. I applied again and was made to interview again. My employer offered the position to a less qualified male.

In June 2021 my male counterparts were able to work overtime and I was not offered overtime. I believe I was not offered overtime because of my sex.

I have routinely made less money per hour than my male counterparts. Between August 14, 2020 and August 10, 2021 my hourly wage was $28.27 per hour. My male counterparts earned $46.72 per hour. I believe the reason for the pay disparity is because of my sex.

I want to pursue claims against my employer under the Civil Rights Act of 1964, as amended and the Equal Pay Act of 1963, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct.<br><br>8/11/21 _____<br>Date   Charging Party Signature | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |